IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON PHILLIP STULL,

 Plaintiff,

v.

SHERIFF DAVID MAHONEY,
DANE COUNTY JAIL, and
DOC,

 Defendants.

OPINION & ORDER

18-cv-1057-wmc

*Pro se* plaintiff Brandon Phillip Stull, brings this action under 42 U.S.C. § 1983 against Sheriff David Mahoney, the Dane County Jail and the "DOC," which the court infers is the Wisconsin Department of Corrections. On September 12, 2019, the court issued an order dismissing Stull's complaint without prejudice, but giving him until October 3, 2019, to file an amended complaint that corrected the deficiencies the court identified in his complaint. (Dkt. #6.) The court warned Stull that his failure to submit an amended complaint by that deadline would cause the court to dismiss this case with prejudice for failure to prosecute. That deadline has passed, but Stull has not filed a proposed amended complaint or communicated with the court in any manner suggesting that he intends to do so. Accordingly, the court is now dismissing this case for plaintiff's failure to prosecute.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED with prejudice for failure to prosecute.

2. The clerk of court is directed to close this case.

Entered this 11th day of October, 2019.

                         BY THE COURT:

                         /s/
                         _____
                         WILLIAM M. CONLEY
                         District Judge