IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON PHILLIP STULL,

    Plaintiff,

  v.

Case No. 18-cv-1057-wmc

SHERIFF DAVID MAHONEY,
DANE COUNTY JAIL, AND DOC,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |